UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERRERA-GARCIA,<br><br>          Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>          Respondent. | 1:17-cv-00127 SAB (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(ECF No. 5) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 20, 2017, Petitioner filed an application to proceed in forma pauperis. Due to the fact that Petitioner's in forma pauperis status, in this action, was authorized on January 27, 2017, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated: **March 23, 2017**

                                                UNITED STATES MAGISTRATE JUDGE